NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## NOVOZYMES A/S AND NOVOZYMES NORTH AMERICA, INC.,
*Plaintiffs-Appellants,*

v.

## DUPONT NUTRITION BIOSCIENCES APS (FORMERLY DANISCO A/S), GENENCOR INTERNATIONAL WISCONSIN, INC., DANISCO US INC., AND DANISCO USA INC.,
*Defendants-Appellees.*

---

2012-1433

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0251, Senior Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellees' unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

NOVOZYMES A/S v. DUPONT NUTRITION BIOSCIENCES APS         2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s25